IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GRACE GADSBY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNITED OF OMAHA LIFE INSURANCE COMPANY and FACILITY SOLUTIONS GROUP, INC. | : | |
| | : | |
| | : | |
| | : | NO. 18-2214 |

## ORDER

**AND NOW**, this 28th day of March, 2019, upon consideration of the Motion to Dismiss of Defendant United of Omaha Life Insurance Company ("United") (Docket No. 6), the Motion to Dismiss of Defendant Facility Solutions Group, Inc. ("FSG") (Docket No. 18), and all documents filed in connection with both Motions, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. Defendants' Motions as to Counts I, III, and IV are **GRANTED**, and those Counts are **DISMISSED WITH PREJUDICE**.

2. FSG's Motion as to Count II is **GRANTED**, Count II is **DISMISSED WITHOUT PREJUDICE** as to FSG, and Plaintiff is afforded leave to amend her claim against FSG in Count II of her Complaint.

3. United's Motion as to Count II is **DENIED**.

4. Any amended complaint shall be filed on or before April 16, 2019.

                        BY THE COURT:

                        /s/ John R. Padova
                        John R. Padova, J.